UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH A. CURTIS,<br><br>Plaintiff,<br><br>v.<br><br>STATE OF CALIFORNIA, et al.,<br><br>Defendants. | No. 2:21-cv-01601-TLN-AC<br><br><br>**ORDER** |

Plaintiff, a state prisoner proceeding *pro se*, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On May 12, 2022, the magistrate judge filed findings and recommendations herein which were served on Plaintiff and contained notice to Plaintiff that any objections to the findings and recommendations were to be filed within twenty-one days. (ECF No. 13.) Plaintiff has not filed objections to the findings and recommendations.

The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations filed May 12, 2022, (ECF No. 13), are adopted in full.

1

2. Plaintiff's Motion to Supplement the Complaint, (ECF No. 11), is DENIED.

3. This action is transferred to the United States District Court for the Northern District of California for the reasons set forth in the Order dated May 2, 2022, (ECF No. 10).

**DATED: July 18, 2022**

Troy L. Nunley
United States District Judge